tive date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent ad valorem under paragraph 1504(b)(5) and said trade agreement, as claimed.

**No. 48207.**—Protest 67162–K of Absorbo Beer Pad Co., Inc. (New York).

Opinion by KINCHELOE, J.    At the trial the president of the plaintiff company, Benjamin Goldstein, testified as to the process of manufacture, that he was in court when a witness (Leo Weiss) testified in the case of the *Absorbo Beer Pad Co.* v. *United States* (30 C. C. P. A. 24, C. A. D. 209) as to the process of manufacture of the pulpboard in that case, and that the process of manufacture he himself had observed in the Osthushenrich-Werke, A. G., was substantially similar in all respects to that in the Absorbo Beer Pad case, *supra*.    The record in that case (Suit 4379) was incorporated herein.    A sample of the merchandise in the case at bar was received in evidence as exhibit 1, and this witness testified that it was purchased from Osthushenrich-Werke, A. G., located at Glashuette, Saxony, Germany.    Upon the whole testimony the court was satisfied that the merchandise at bar was manufactured in the manner described by Mr. Goldstein and by the witness Weiss in said prior case, by the use of wire screens on the machines during process of manufacture, the court stating that irrespective of how the pinprick markings may have been made, the pulpboard did not "rise to the dignity of" embossed goods, and "is not decorated or ornamented within the meaning of the terms employed by Congress."    As it was fairly established in the present case that the pulpboard under consideration is the same in all material respects, as well as in its appearance and method of manufacture, as that the subject of said Suit 4379, it was held dutiable at 10 percent under paragraph 1402 as claimed.

LAWRENCE, J., did not participate in this decision.

APRIL 17, 1943

**No. 48208.**—SUIT 4391.— *Joseph E. Seagram & Sons, Inc.* v. *United States.*    C. D. 598 reversed Feb. 1, 1943. C. A. D. 227.

**No. 48209.**—SUIT 4394.— *Swift & Co.* v. *United States.*    affirmed March 1, 1943.    C. A. D. 230.

**No. 48210.**—SUITS 4395/4400.— *Jacksonville Paper Co.* v. *United States.*    C. D. 615 affirmed March 1, 1943. C. A. D. 228.

**No. 48211.**—SUIT 4407.— *W. J. Byrnes & Co.* v. *United States.*    C. D. 642 affirmed March 1, 1943.    C. A. D. 229.

**No. 48212.**—SUIT 4415.— *Textile Design Co., Inc.* v. *United States.*    affirmed March 1, 1943.    C. A. D. 232.

APRIL 20, 1943

**No. 48213.**—SUIT 4414.— *United States* v. *W. X. Huber Co.*    C. D. 669 reversed March 1, 1943.    C. A. D. 231.